UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Feb 6, 2026
KELLY L. STEPHENS, Clerk

No. 25-3287

MICHAEL SMITH,

    Plaintiff-Appellant,

v.

FLOCK GROUP INC., originally named as Flock
Safety,

    Defendant-Appellee.

Before:  SUTTON, Chief Judge; McKEAGUE and GRIFFIN, Circuit Judges.

**JUDGMENT**

On Appeal from the United States District Court
for the Northern District of Ohio at Akron.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk